UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NATHAN HOLMES                                          CIVIL ACTION

VERSUS                                                NO.  12-1350

WARDEN LYNN COOPER                                    SECTION "J"(2)

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 16)**, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Nathan Holmes for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 **(Rec. Doc. 3)** be **DENIED** and **DISMISSED WITH PREJUDICE** as procedurally barred.

New Orleans, Louisiana, this 26th day of February, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE